IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


CHEN WEI REN,

vs.                                         Case No. 04-300 Erie

JAMES SHERMAN, et al.,

            Respondent.


## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT THE PETITIONER, Chen Wei Ren, appearing pro se, hereby appeals from the final order of this Court denying the Petition for Writ of Habeas Corpus, to the United States Court of Appeals.

Dated: August 1, 2005

                            _____
                            Chen Wei Ren
                            Reg. No. 38688-054
                            FCI McKean
                            P.O. Box 8000
                            Bradford, PA. 16701-0980


CERTIFICATE OF SERVICE:

I do hereby certify that on this date, August 1, 2005, I placed in the U.S. Mail, a true and correct ciopy of this notice for delivery to counsel for the Respondent.

                            _____
                            Chen Wei Ren