IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHEN WEI REN,  )
       Petitioner,  )
       )  Civil Action No. 04-300 Erie
v.  )
JAMES SHERMAN, Warden,  )
       Respondent.  )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on October 12, 2004 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

    The Magistrate Judge's Report and Recommendation, filed on June 27, 2005, recommended that the petition for writ of habeas corpus be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at FCI McKean, where he is incarcerated, and on Respondent. Objections were filed by Petitioner on July 7, 2005. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

    AND NOW, this 27th day of July, 2005;

    IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DENIED.

    The Report and Recommendation of Magistrate Judge Baxter, filed on June 27, 2005, is adopted as the opinion of the Court.

                                s/   Sean J. McLaughlin
                                     United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge