C9 04-300 E

**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 00500482 - MD
August 15, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| APPEAL D | 04-300e | | 105.00 MO |
| APPEAL I | 04-300e | | 120.00 MO |

**TOTAL→        225.00**

FROM: CHEN WEI REN #38600-054
PO BOX 8000
BRADFORD PA 16701