CA04-300E

final payment of Appeal fee

$30.00

Receipt # 05-493

```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
       ERIE Division

# 00500493 - NK
August 23, 2005

Code   Case #    Qty        Amount

APPEAL 1 04-300e ca         30.00 MO


TOTAL→                      30.00


FROM: CHEN WEI REN
      PO BOX 8000
      BRADFORD PA  16701
```

This is the Rest of the Filing Fee For Case # 04-300 Erie.

$225.00 Sent on 8-11-05
$255.00 Total
30.00 sent
$255.00

Chen Wei Ren #38688-054
P.O. Box 8000
Bradford, PA 16701