APS-97

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-3732

CHEN WEI REN,
                    Appellant

v.

WARDEN JAMES SHERMAN

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 04-cv-00300)
District Judge: Honorable Sean J. McLaughlin

Summary Action Under Third Circuit LAR 27.4 and I.O.P. 10.6
January 20, 2006

BEFORE: SLOVITER, McKEE and FISHER, CIRCUIT JUDGES

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted for possible summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered July 27, 2005, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*
Clerk

DATED: February 7, 2006

Certified as a true copy and issued in lieu of a formal mandate on 4/14/06

*Marcia M. Waldron*
Teste:
Clerk, U.S. Court of Appeals for the Third Circuit